**2011–0432.   State ex rel. Guthrie v. Indus. Comm.**
Franklin App. No. 10AP–171, 2011-Ohio-833.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1313.   Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–V–253.

**2010–1836.   State ex rel. Bell v. Brooks.**
Franklin App. No. 09AP–944, 2010-Ohio-4266.

**2010–2288.   State ex rel. McBee v. Indus. Comm.**
Franklin App. No. 09AP–239, 2010-Ohio-5547.

**2011–0145.   State ex rel. Dawson v. Bloom–Carroll Local School Dist.**
In Mandamus.